| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | ANN MARIE E. URSINI (CABN 269131)<br>Special Assistant U.S. Attorney |

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-CR-00338-EJD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| JUAN GARZA, | ) | |
| Defendant. | ) | |

The defendant JUAN GARZA, represented by Daniel L. Barton, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for January 14, 2013, be continued to January 28, 2013.

No other defendants are affected by this request. The Probation Officer has been

///

///

STIPULATION AND [PROPOSED] ORDER
Case No. 12-CR-00338-EJD

consulted and agrees with the proposed new date.

SO STIPULATED:

Dated: December 28, 2012        /S/
                                Thomas A. Colthurst
                                Assistant United States Attorney


Dated: December 28, 2012        /S/
                                Daniel L. Barton, Esq.
                                Counsel for Defendant JUAN GARZA

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. JUAN GARZA*, scheduled for January 14, 2013, is continued to January 28, 2013, at 1:30 p.m.

DATED: 1/3/2013                 _____
                                THE HONORABLE EDWARD J. DAVILA
                                United States District Judge